ALBERT PAUL, Respondent, v. DEFOREST GRANT and Others, Defendants, Impleaded with 167 MADISON AVENUE REALTY CORPORATION, Appellant.— Order

affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.